

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00516-CV

**IN RE ALLIED TRUST INSURANCE COMPANY**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Relator filed his petition for writ of mandamus on August 13, 2025, challenging the denial of a motion for summary judgement. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 29, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CI07412, styled *Cody Smith vs. Allied Trust Insurance Company*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez Hortick presiding.